AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**PARIS GILLESPIE**
**DOB:** xx/xx/xx
**PDID:** xxx-xxx

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>July 22, 2008</u>, in the District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>   21   </u> United States Code, Section(s) <u>   841(a)(1)   </u>.

I further state that I am <u>**OFFICER CHARLES E. FULTZ**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

---
**Signature of Complainant**
**OFFICER CHARLES E. FULTZ**
**MPD-NARCOTICS SPECIAL INVESTIGATIONS DIVISION**

Sworn to before me and subscribed in my presence,

_____    at    <u>   Washington, D.C.   </u>
**Date**                                      **City and State**

_____         _____
**Name & Title of Judicial Officer**         **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On July 22, 2008, members of the Metropolitan Police Department Narcotics Special Investigations Division executed a search warrant at 2623 Bowen Road, S.E., Apt. #30, Washington, D.C. The lessee of the apartment was the defendant's girlfriend. Upon entry into the residence the defendant Paris Gillespie, his girlfriend, a second woman and two children were found inside. Prior to the search the defendant told the officers that he knew what they were looking for and that everything was his and it could be found in the kitchen. The defendant also said that the women did not know anything and he asked the officers not to arrest the women. The officers secured the premises and performed a search. A search of the premises revealed two digital scales, numerous unused ziplock bags, clear ziplock bag containing a white rock-like substance with an approximate weight of 61 grams, a white powder substance weighing approximately 130 grams, a safe containing a handgun magazine, ammunition and checkbook. Also found was approximately $5,790 in United States currency. Officers placed the defendant under arrest and recovered from his person was approximately $495 of United States currency, packages of green weed-like substance with an approximate weight of 9.6 grams, a ziplock containing approximately 10 ecstacy pills, a cell phone, and a D.C. identification card. The defendant's girlfriend stated that the defendant stayed in the apartment with her. A portion of the cocaine powder and white rock-like substance was field tested positive for cocaine and a portion of the green weed-like substance was field tested positive for marijuana. The approximate weight of the suspected cocaine powder, white rock-like substance and marijuana indicates that the drugs were going to be sold to others rather than used exclusively by the defendant.

        OFFICER CHARLES E. FULTZ
        MPD-NARCOTICS SPECIAL INVESTIGATION DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF JULY, 2008.

        U.S. MAGISTRATE JUDGE