# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 08-0451M(CR) |
| | : | |
| **PARIS GILLESPIE,** | : | VIOLATION: 21 U.S.C. § 841(a)(1) |
| Defendant. | : | and § 841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute 50 Grams or More of Cocaine |
| | : | Base) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine) |
| | : | 21 U.S.C. § 844(a) |
| | : | (Simple Possession of a Controlled |
| | : | Substance) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about July 22, 2008, within the District of Columbia, **PARIS GILLESPIE** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

   (**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about July 22, 2008, within the District of Columbia, **PARIS GILLESPIE** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

> (**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about July 22, 2008, within the District of Columbia, **PARIS GILLESPIE** did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of cannabis also known as marijuana, a Schedule I controlled substance.

> (**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT FOUR

On or about July 22, 2008, within the District of Columbia, **PARIS GILLESPIE** did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of MDMA also known as ecstacy, a Schedule I controlled substance.

> (**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.